Nicholas R. Kloeppel, CSB #186165
Karen J. Roebuck, CSB #160915
THE MITCHELL LAW FIRM, LLP
Attorneys at Law
426 First Street
P. O. Drawer 1008
Eureka, CA  95502
Tel: (707) 443-5643
Fax: (707) 444-9586
Email:  nkloeppel@mitchelllawfirm.com

Attorneys for Defendants
COUNTY OF HUMBOLDT and KELSEY HAWK

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MATILTON, JR., individually and as successor in interest to ERIC MATILTON, SR. deceased; C.M. a minor by and through his guardian ad litem Carrie Ames; and K.M., a minor, by and through his guardian ad litem, Carrie Ames<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF HUMBOLDT, CHRISTIAN AGRICOLA, KELSEY HAWK; and DOES 1 through 40 inclusive,<br><br>Defendants. | Case No.: 1:25-cv-01168-RMI<br><br>**STIPULATION FOR FILING OF FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANTS COUNTY OF HUMBOLDT AND KELSEY HAWK AND [PROPOSED] ORDER THEREON** |

**STIPULATION FOR FILING OF FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANTS COUNTY OF HUMBOLDT AND KELSEY HAWK**

WHEREAS, Plaintiffs filed a First Amended Complaint for Damages and Declaratory and Injunctive Relief on or about June 25, 2025;

//

1

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

WHEREAS, Defendants COUNTY OF HUMBOLDT and KELSEY HAWK filed an Answer to First Amended Complaint on or about November 5, 2025;

WHEREAS, Defendants COUNTY OF HUMBOLDT and KELSEY HAWK desire to file a First Amended Answer to First Amended Complaint;

WHEREAS, Defendants COUNTY OF HUMBOLDT and KELSEY HAWK seek to file this First Amended Answer to First Amended Complaint under Federal Rule of Civil Procedure, Rule 15(a)(2) which provides a party may amend its pleading with the opposing party's written consent;

**IT IS HEREBY STIPULATED** by and between the parties, through their counsel of record, that Defendants COUNTY OF HUMBOLDT and KELSEY HAWK may file a First Amended Answer to First Amended Complaint, a copy of which is attached hereto as **Exhibit A**;

**IT IS FURTHER STIPULATED** Defendants COUNTY OF HUMBOLDT and KELSEY HAWK shall file the First Amended Answer to First Amended Complaint as a separate document;

**IT IS FURTHER STIPULATED** that Defendants COUNTY OF HUMBOLDT and KELSEY HAWK shall file and serve the First Amended Answer to First Amended Complaint within fifteen (15) days of receipt of the signed order on this stipulation.

**IT IS SO STIPULATED AND AGREED.**

Dated:  March 19, 2026                    THE MITCHELL LAW FIRM, LLP


                                        By:  */s/ Nicholas R. Kloeppel*
                                            NICHOLAS R. KLOEPPEL
                                            Attorneys for Defendants
                                            COUNTY OF HUMBOLDT and
                                            KELSEY HAWK

**STIPULATION FOR FILING OF FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANTS COUNTY OF HUMBOLDT AND KELSEY HAWK AND [PROPOSED] ORDER THEREON**
**1:25-cv-01168-RMI**

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

Dated:  March 17, 2026          LAW OFFICE OF BENJAMIN MAINZER, A.P.C.


By:  */s/ Benjamin Mainzer*
     BENJAMIN MAINZER
     Attorneys for Plaintiffs ERIC MATILTON,
     JR., C.M., a minor by and through his guardian
     ad litem Carrie Ames; and K.M., a minor, by
     and through his guardian ad litem, Carrie
     Ames

Dated:  March 18, 2026          J SUPPLE LAW, A Professional Corporation


By:  */s/ Aaron T. Schultz*
     AARON T. SCHULTZ
     Attorneys for Defendant
     CHRISTIAN AGRICOLA

//

//

//

//

//

//

//

//

//

//

//

//

//

//

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

3

**STIPULATION FOR FILING OF FIRST AMENDED ANSWER TO FIRST AMENDED
COMPLAINT BY DEFENDANTS COUNTY OF HUMBOLDT AND KELSEY HAWK
AND [~~PROPOSED~~] ORDER THEREON
1:25-cv-01168-RMI**

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that I have obtained the concurrence in the filing of this document from all of the signatories for whom a signature is indicated by a "/s/" signature within this e-filed document and I have on file confirmation of this concurrence for subjection production for the court if so ordered.

DATED: March 19, 2026        THE MITCHELL LAW FIRM, LLP


By: /s/ Nicholas R. Kloeppel
        NICHOLAS R. KLOEPPEL
        Attorneys for Defendants
        COUNTY OF HUMBOLDT and
        KELSEY HAWK


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 23, 2026

_____
HONORABLE ROBERT ILLMAN
United States District Magistrate Judge

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

4

**STIPULATION FOR FILING OF FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANTS COUNTY OF HUMBOLDT AND KELSEY HAWK AND [~~PROPOSED~~] ORDER THEREON**
**1:25-cv-01168-RMI**

# EXHIBIT A

Nicholas R. Kloeppel, CSB #186165
Karen J. Roebuck, CSB #160915
THE MITCHELL LAW FIRM, LLP
Attorneys at Law
426 First Street
P. O. Drawer 1008
Eureka, CA  95502
Tel: (707) 443-5643
Fax: (707) 444-9586
Email:  nkloeppel@mitchelllawfirm.com

Attorneys for Defendants
COUNTY OF HUMBOLDT and KELSEY HAWK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MATILTON, JR., individually and as successor in interest to ERIC MATILTON, SR. deceased; C.M. a minor by and through his guardian ad litem Carrie Ames; and K.M., a minor, by and through his guardian ad litem, Carrie Ames | Case No.: 1:25-cv-01168-RMI<br><br>**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |
| Plaintiffs, | |
| vs. | |
| COUNTY OF HUMBOLDT, CHRISTIAN AGRICOLA, KELSEY HAWK; and DOES 1 through 40 inclusive, | |
| Defendants. | |

Defendants COUNTY OF HUMBOLDT and KELSEY HAWK (collectively referred to as "Defendants"), separating themselves from all other defendants, answer the First Amended Complaint ("Complaint") on file herein and, pursuant to Federal Rules of Civil Procedure, Rule 8, admit, deny and allege as follows:

//

//

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

1

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

## INTRODUCTION

1. In response to paragraph 1 of the Complaint, these answering defendants are unable to admit or deny the allegations in said paragraph, and on this basis generally and specifically deny them.

2. In response to paragraph 2 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

3. In response to paragraph 3 of the Complaint, these answering defendants deny the allegations set forth in this paragraph

4. In response to paragraph 4 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

5. In response to paragraph 5 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

6. In response to paragraph 6 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

7. In response to paragraph 7 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

8. In response to paragraph 8 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

## PARTIES

9. In response to paragraph 9 of the Complaint, these answering defendants lack sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically deny them.

10. In response to paragraph 10 of the Complaint, these answering defendants lack sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically deny them.

//

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

2

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

11. In response to paragraph 11 of the Complaint, these answering defendants lack sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically deny them.

12. In response to paragraph 12 of the Complaint, these answering defendants are unable to admit or deny the allegations in said paragraph and on this basis generally and specifically deny them.

13. In response to paragraph 13 of the Complaint, these answering defendants lack sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically deny them.

14. In response to paragraph 14 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

15. In response to paragraph 15 of the Complaint, these answering defendants admit that the Humboldt County Sheriff's Office is a department of the County. The answering defendants deny the remaining allegations set forth in this paragraph.

16. In response to paragraph 16 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

17. In response to paragraph 17 of the Complaint, these answering defendants admit the Humboldt County Department of Health and Human Services was a department of the County of Humboldt at the time of the incident which is the subject of the Complaint. Further responding, these answering defendants deny the remaining allegations set forth in this paragraph.

18. In response to paragraph 18 of the Complaint, these answering defendants admit the County of Humboldt is a public entity as defined by California Government Code section 811.2.

19. In response to paragraph 19 of the Complaint, the answering defendants admit that Wellpath was responsible for rendering healthcare services and staffing as set forth

in the respective contracts during the relevant timeframe. The answering defendants deny the remaining allegations set forth this paragraph.

20. In response to paragraph 20 of the Complaint, these answering defendants deny the allegations set forth this paragraph.

21. In response to paragraph 21 of the Complaint, these answering defendants admit Kelsey Hawk was an employee of the County of Humboldt during the relevant timeframe. Further responding, these answering defendants deny the remaining allegations set forth in this paragraph.

22. In response to paragraph 22 of the Complaint, these answering defendants admit Hawk was acting in the course and scope of her employment at certain times. Further responding, these answering defendants deny the remaining allegations set forth in this paragraph.

23. In response to paragraph 23 of the Complaint, these answering defendants lack sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically deny them.

24. In response to paragraph 24 of the Complaint, these answering defendants lack sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically deny them.

25. In response to paragraph 25 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

26. In response to paragraph 26 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

27. In response to paragraph 27 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

28. In response to paragraph 28 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

4

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

29. In response to paragraph 29 of the Complaint, there are no charging allegations to respond to.

## JURISDICTION AND VENUE

30. In response to paragraph 30 of the Complaint, these answering defendants admit that jurisdiction is proper in the Northern District Court of the State of California. Further responding, these answering defendants deny the remaining allegations set forth in this paragraph.

31. In response to paragraph 31 of the Complaint, there are no charging allegations to admit or deny as this is a conclusion of law and on the further basis that claims for declaratory and injunctive release have been dismissed.

32. In response to paragraph 32 of the Complaint, these answering defendants admit that jurisdiction is proper in the Northern District Court of the State of California. Further responding, these answering defendants deny the remaining allegations set forth in this paragraph.

33. In response to paragraph 33 of the Complaint, these answering defendants admit the claim arose in this District. Further responding, these answering defendants deny the remaining allegations set forth in this paragraph.

34. In response to paragraph 34 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

35. In response to paragraph 35 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

36. In response to paragraph 36 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

37. In response to paragraph 37 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

///

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

5

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

**DIVISION**

38.  In response to paragraph 38 of the Complaint, these answering defendants admit Eureka is the proper court division assignment. Further responding, these answering defendants deny the remaining allegations set forth in this paragraph.

**FACTS COMMON TO ALL CLAIMS FOR RELIEF**

39.  In response to paragraph 39 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

40.  In response to paragraph 40 of the Complaint, these answering defendants lack sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically deny them.

41.  In response to paragraph 41 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

42.  In response to paragraph 42 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

43.  In response to paragraph 43 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

44.  In response to paragraph 44, these answering defendants deny the allegations set forth in this paragraph.

45.  In response to paragraph 45, these answering defendants deny the allegations set forth in this paragraph.

46.  In response to paragraph 46, these answering defendants lack sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically deny them.

47.  In response to paragraph 47, these answering defendants lack sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically deny them.

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

6

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

48. In response to paragraph 48, these answering defendants deny the allegations set forth in this paragraph.

49. In response to paragraph 49, these answering defendants deny the allegations set forth in this paragraph.

50. In response to paragraph 50, these answering defendants deny the allegations set forth in this paragraph.

51. In response to paragraph 51, these answering defendants deny the allegations set forth in this paragraph.

52. In response to paragraph 52, these answering defendants deny the allegations set forth in this paragraph.

53. In response to paragraph 53, these answering defendants deny the allegations set forth in this paragraph.

54. In response to paragraph 54, these answering defendants deny the allegations set forth in this paragraph.

55. In response to paragraph 55, these answering defendants deny the allegations set forth in this paragraph.

56. In response to paragraph 56, these answering defendants deny the allegations set forth in this paragraph.

57. In response to paragraph 57, these answering defendants deny the allegations set forth in this paragraph.

58. In response to paragraph 58, these answering defendants lack sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically deny them.

59. In response to paragraph 59, these answering defendants deny the allegations set forth in this paragraph.

60. In response to paragraph 60, these answering defendants deny the allegations

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

7

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

set forth in this paragraph.

61. In response to paragraph 61, these answering defendants admit that on or around November 6, 2023, Kelsey Hawk documented that she received a phone call from Dr. John Israel. Answering defendants deny the remaining allegations set forth in this paragraph.

62. In response to paragraph 62, these answering defendants admit the allegations set forth in this paragraph.

63. In response to paragraph 63, these answering defendants admit that Kelsey Hawk documented that Dr. John Israel reported at certain times in his past, decedent experienced psychotic episodes where he experiences paranoia, delusions, and auditory hallucinations. Answering defendants deny the remaining allegations set forth in this paragraph.

64. In response to paragraph 64, these answering defendants deny the allegations set forth in this paragraph.

65. In response to paragraph 65, these answering defendants deny the allegations set forth in this paragraph.

66. In response to paragraph 66, these answering defendants deny the allegations set forth in this paragraph.

67. In response to paragraph 67, these answering defendants deny the allegations set forth in this paragraph.

68. In response to paragraph 68, these answering defendants deny the allegations set forth in this paragraph.

69. In response to paragraph 69, these answering defendants deny the allegations set forth in this paragraph.

//

//

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

8

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

70. In response to paragraph 70, these answering defendants lack sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically deny them.

71. In response to paragraph 71, these answering defendants lack sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically deny them.

72. In response to paragraph 72, these answering defendants lack sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically deny them.

73. In response to paragraph 73, these answering defendants deny the allegations set forth in this paragraph.

74. In response to paragraph 74, these answering defendants deny the allegations set forth in this paragraph.

75. In response to paragraph 75, these answering defendants lack sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically deny them.

76. In response to paragraph 76, these answering defendants deny the allegations set forth in this paragraph.

77. In response to paragraph 77, these answering defendants deny the allegations set forth in this paragraph.

78. In response to paragraph 78, these answering defendants deny the allegations set forth in this paragraph.

79. In response to paragraph 79, these answering defendants deny the allegations set forth in this paragraph.

80. In response to paragraph 80, these answering defendants deny the allegations set forth in this paragraph.

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

9

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

81. In response to paragraph 81, these answering defendants deny the allegations set forth in this paragraph.

82. In response to paragraph 82, these answering defendants deny the allegations set forth in this paragraph.

83. In response to paragraph 83, these answering defendants deny the allegations set forth in this paragraph.

84. In response to paragraph 84, these answering defendants deny the allegations set forth in this paragraph.

85. In response to paragraph 85, these answering defendants deny the allegations set forth in this paragraph.

86. In response to paragraph 86, these answering defendants deny the allegations set forth in this paragraph.

87. In response to paragraph 87, these answering defendants deny the allegations set forth in this paragraph.

88. In response to paragraph 88, these answering defendants deny the allegations set forth in this paragraph.

89. In response to paragraph 89, these answering defendants deny the allegations set forth in this paragraph.

90. In response to paragraph 90, these answering defendants deny the allegations set forth in this paragraph.

91. In response to paragraph 91, these answering defendants deny the allegations set forth in this paragraph.

92. In response to paragraph 92, these answering defendants deny the allegations set forth in this paragraph.

93. In response to paragraph 93, these answering defendants deny the allegations set forth in this paragraph.

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

94. In response to paragraph 94, these answering defendants deny the allegations set forth in this paragraph.

95. In response to paragraph 95, these answering defendants deny the allegations set forth in this paragraph.

96. In response to paragraph 96, these answering defendants deny the allegations set forth in this paragraph.

97. In response to paragraph 97, these answering defendants deny the allegations set forth in this paragraph.

98. In response to paragraph 98, these answering defendants deny the allegations set forth in this paragraph.

99. In response to paragraph 99, these answering defendants deny the allegations set forth in this paragraph.

100. In response to paragraph 100 of the Complaint, there are no allegations to admit or deny in this paragraph.

101. In response to paragraph 101, these answering defendants deny the allegations set forth in this paragraph.

102. In response to paragraph 102, these answering defendants deny the allegations set forth in this paragraph.

103. In response to paragraph 103, these answering defendants deny the allegations set forth in this paragraph.

104. In response to paragraph 104, these answering defendants deny the allegations set forth in this paragraph.

105. In response to paragraph 105, these answering defendants deny the allegations set forth in this paragraph.

106. In response to paragraph 106, these answering defendants deny the allegations set forth in this paragraph.

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

107. In response to paragraph 107, these answering defendants deny the allegations set forth in this paragraph.

108. In response to paragraph 108, these answering defendants deny the allegations set forth in this paragraph.

109. In response to paragraph 109, these answering defendants deny the allegations set forth in this paragraph.

110. In response to paragraph 110, these answering defendants deny the allegations set forth in this paragraph.

111. In response to paragraph 111, these answering defendants deny the allegations set forth in this paragraph.

112. In response to paragraph 112, these answering defendants deny the allegations set forth in this paragraph.

113. In response to paragraph 113, these answering defendants deny the allegations set forth in this paragraph.

114. In response to paragraph 114, these answering defendants deny the allegations set forth in this paragraph.

115. In response to paragraph 115, these answering defendants deny the allegations set forth in this paragraph.

116. In response to paragraph 116, these answering defendants deny the allegations set forth in this paragraph.

117. In response to paragraph 117, these answering defendants deny the allegations set forth in this paragraph.

118. In response to paragraph 118, these answering defendants deny the allegations set forth in this paragraph.

119. In response to paragraph 119, these answering defendants deny the allegations set forth in this paragraph.

120. In response to paragraph 120, these answering defendants deny the allegations set forth in this paragraph.

121. In response to paragraph 121, these answering defendants deny the allegations set forth in this paragraph.

122. In response to paragraph 122, these answering defendants deny the allegations set forth in this paragraph.

123. In response to paragraph 123, these answering defendants deny the allegations set forth in this paragraph.

124. In response to paragraph 124, these answering defendants deny the allegations set forth in this paragraph.

## FIRST CAUSE OF ACTION
**Violation of Pretrial Detainee's Fourteenth Amendment Right to Mental Health Care (42 U.S.C. § 1983)**
**(By Plaintiff ERIC MATILTON JR. as successor in interest against Defendants AGRICOLA and DOES 1-20)**

125. In response to paragraph 125 of the Complaint, these answering defendants are not named in the First Cause of Action. In further response to paragraph 125 of the Complaint, these answering defendants re-allege and incorporate as if fully stated herein all paragraphs of this answer as if fully set forth herein.

126. In response to paragraph 126 of the Complaint, these answering defendants are not named in the First Cause of Action. In further response to paragraph 126 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

127. In response to paragraph 127 of the Complaint, these answering defendants are not named in the First Cause of Action. In further response to paragraph 127 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

128. In response to paragraph 128 of the Complaint, these answering defendants are not named in the First Cause of Action. In further response to paragraph 128 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

129. In response to paragraph 129 of the Complaint, these answering defendants are not named in the First Cause of Action. In further response to paragraph 129 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

130. In response to paragraph 130 of the Complaint, these answering defendants are not named in the First Cause of Action. In further response to paragraph 130 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

131. In response to paragraph 131 of the Complaint, these answering defendants are not named in the First Cause of Action. In further response to paragraph 131 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

132. In response to paragraph 132 of the Complaint, these answering defendants are not named in the First Cause of Action. In further response to paragraph 132 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

133. In response to paragraph 133 of the Complaint, these answering defendants are not named in the First Cause of Action. In further response to paragraph 133 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

134. In response to paragraph 134 of the Complaint, these answering

//

//

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

14

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

defendants are not named in the First Cause of Action. In further response to paragraph 134 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

135. In response to paragraph 135 of the Complaint, these answering defendants are not named in the First Cause of Action. In further response to paragraph 135 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

136. In response to paragraph 136 of the Complaint, these answering defendants are not named in the First Cause of Action. In further response to paragraph 136 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

137. In response to paragraph 137 of the Complaint, these answering defendants are not named in the First Cause of Action. In further response to paragraph 137 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

138. In response to paragraph 138 of the Complaint, these answering defendants are not named in the First Cause of Action. In further response to paragraph 138 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

139. In response to paragraph 139 of the Complaint, these answering defendants are not named in the First Cause of Action. In further response to paragraph 139 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

140. In response to paragraph 140 of the Complaint, these answering defendants are not named in the First Cause of Action. In further response to paragraph 140 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

//

THE MITCHELL LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

## SECOND CAUSE OF ACTION
**Violation of Pretrial Detainee's Fourteenth Amendment Right to Mental Health Care
(42 U.S.C. § 1983)
(By Plaintiff ERIC MATILTON JR. as successor in interest against Defendants
HAWK and DOES 1-20)**

141. In response to paragraph 141 of the Complaint, these answering defendants re-allege and incorporate as if fully stated herein all paragraphs of this answer as if fully set forth herein.

142. In response to paragraph 142 of the Complaint, these answering defendants deny the allegations set forth in this paragraph

143. In response to paragraph 143 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

144. In response to paragraph 144 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

145. In response to paragraph 145 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

146. In response to paragraph 146 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

147. In response to paragraph 147 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

148. In response to paragraph 148 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

149. In response to paragraph 149 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

150. In response to paragraph 150 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

//

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

16

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND
FOR JURY TRIAL 1:25-cv-01168-RMI**

151. In response to paragraph 151 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

152. In response to paragraph 152 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

153. In response to paragraph 153 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

154. In response to paragraph 154 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

### THIRD CAUSE OF ACTION
**Violation of Pretrial Detainee's Fourteenth Amendment Right to Mental Health Care (42 U.S.C. § 1983)**
**(By Plaintiff ERIC MATILTON JR. as successor in interest against Defendants COUNTY OF HUMBOLDT and DOES 21-40)**

155. In response to paragraph 155 of the Complaint, these answering defendants re-allege and incorporate as if fully stated herein all paragraphs of this answer as if fully set forth herein.

156. In response to paragraph 156 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

157. In response to paragraph 157 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

158. In response to paragraph 158 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

159. In response to paragraph 159 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

160. In response to paragraph 160 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

//

161. In response to paragraph 161 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

162. In response to paragraph 162 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

163. In response to paragraph 163 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

164. In response to paragraph 164 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

165. In response to paragraph 165 of the Complaint, these answering  defendants deny the allegations set forth in this paragraph.

166. In response to paragraph 166 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

167. In response to paragraph 167 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

168. In response to paragraph 168 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

169. In response to paragraph 169 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

170. In response to paragraph 170 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

171. In response to paragraph 171 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

172. In response to paragraph 172 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

173. In response to paragraph 173 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

18

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

174. In response to paragraph 174 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

## FOURTH CAUSE OF ACTION

**Failure to Furnish Medical Care (Cal. Gov. Code § 845.6)**
**(By Plaintiffs C.M., K.M., and ERIC MATILTON JR., individually and as successor in interest, against Defendants AGRICOLA, HAWK and DOES 1-20)**

175. In response to paragraph 175 of the Complaint, these answering defendants re-allege and incorporate as if fully stated herein all paragraphs of this answer as if fully set forth herein.

176. In response to paragraph 176 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

177. In response to paragraph 177 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

178. In response to paragraph 178 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

179. In response to paragraph 179 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

180. In response to paragraph 180 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

181. In response to paragraph 181 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

182. In response to paragraph 182 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

183. In response to paragraph 183 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

//

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

**FIFTH CAUSE OF ACTION**
**Vicarious Liability for the Act or Omission of a Public Employee (Cal. Gov. Code §§ 815.2(a), 820(a))**
**(By Plaintiffs C.M., K.M., and ERIC MATILTON JR., individually and as successor in interest, against Defendants COUNTY OF HUMBOLDT, DOES 21-40)**

184. In response to paragraph 184 of the Complaint, these answering defendants re-allege and incorporate as if fully stated herein all paragraphs of this answer as if fully set forth herein.

185. In response to paragraph 185 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

186. In response to paragraph 186 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

187. In response to paragraph 187 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

188. In response to paragraph 188 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

189. In response to paragraph 189 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

190. In response to paragraph 190 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

191. In response to paragraph 191 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

192. In response to paragraph 192 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

//

//

//

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

20

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

## SIXTH CAUSE OF ACTION
**Dependent Adult Neglect (Welf. Inst. Code § 15610.57)**
**(By Plaintiffs C.M., K.M., and ERIC MATILTON JR., individually and as successor in interest, against Defendants COUNTY OF HUMBOLDT HAWK, AGRICOLA and DOES 1-40)**

193. In response to paragraph 193 of the Complaint, these answering defendants re-allege and incorporate as if fully stated herein all paragraphs of this answer as if fully set forth herein.

194. In response to paragraph 194 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

195. In response to paragraph 195 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

196. In response to paragraph 196 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

197. In response to paragraph 197 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

198. In response to paragraph 198 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

199. In response to paragraph 199 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

200. In response to paragraph 200 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

201. In response to paragraph 201 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

202. In response to paragraph 202 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

203. In response to paragraph 203 of the Complaint, these answering defendants

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

21

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

deny the allegations set forth in this paragraph.

204. In response to paragraph 204 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

205. In response to paragraph 205 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

206. In response to paragraph 206 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

207. In response to paragraph 207 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

208. In response to paragraph 208 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

209. In response to paragraph 209 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

210. In response to paragraph 210 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

211. In response to paragraph 211 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

### SEVENTH CAUSE OF ACTION
**Medical Negligence**
**(By Plaintiffs C.M., K.M., and ERIC MATILTON JR., individually and as successor in interest, against Defendant AGRICOLA and DOES 1-20)**

212. In response to paragraph 212 of the Complaint, these answering defendants are not named in the Seventh Cause of Action. In further response to paragraph 212 of the Complaint, these answering defendants re-allege and incorporate as if fully stated herein all paragraphs of this answer as if fully set forth herein.

213. In response to paragraph 213 of the Complaint, these answering defendants are not named in the Seventh Cause of Action. In further response to paragraph 213 of

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

22

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

the Complaint, these answering defendants deny the allegations set forth in this paragraph.

214. In response to paragraph 214 of the Complaint, these answering defendants are not named in the Seventh Cause of Action. In further response to paragraph 214 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

215. In response to paragraph 215 of the Complaint, these answering defendants are not named in the Seventh Cause of Action. In further response to paragraph 215 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

216. In response to paragraph 216 of the Complaint, these answering defendants are not named in the Seventh Cause of Action. In further response to paragraph 216 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

217. In response to paragraph 217 of the Complaint, these answering defendants are not named in the Seventh Cause of Action. In further response to paragraph 217 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

218. In response to paragraph 218 of the Complaint, these answering defendants are not named in the Seventh Cause of Action. In further response to paragraph 218 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

219. In response to paragraph 219 of the Complaint, these answering defendants are not named in the Seventh Cause of Action. In further response to paragraph 219 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

23

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

220. In response to paragraph 220 of the Complaint, these answering defendants are not named in the Seventh Cause of Action. In further response to paragraph 220 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

221. In response to paragraph 221 of the Complaint, these answering defendants are not named in the Seventh Cause of Action. In further response to paragraph 221 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

222. In response to paragraph 222 of the Complaint, these answering defendants are not named in the Seventh Cause of Action. In further response to paragraph 222 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

223. In response to paragraph 223 of the Complaint, these answering defendants are not named in the Seventh Cause of Action. In further response to paragraph 223 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

### EIGHTH CAUSE OF ACTION
**Medical Negligence**
**(By Plaintiffs C.M., K.M., and ERIC MATILTON JR., individually and as successor in interest, against Defendant HAWK and DOES 1-20)**

224. In response to paragraph 224 of the Complaint, these answering defendants re-allege and incorporate as if fully stated herein all paragraphs of this answer as if fully set forth herein.

225. In response to paragraph 225 of the Complaint, these answering defendants admit that Hawk was an associate marriage and family therapist at certain times. The Answering defendants deny the remaining allegations set forth in this paragraph.

//

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

24

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

226. In response to paragraph 226 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

227. In response to paragraph 227 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

228. In response to paragraph 228 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

229. In response to paragraph 229 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

230. In response to paragraph 230 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

231. In response to paragraph 231 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

232. In response to paragraph 232 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

233. In response to paragraph 233 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

234. In response to paragraph 234 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

235. In response to paragraph 235 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

## NINTH CAUSE OF ACTION
**Violation of Fourteenth Amendment Right to Familial Association and Companionship (42 U.S.C. § 1983)**
**(By Plaintiffs ERIC MATILTON, JR., C.M., and K.M., individually, against Defendants AGRICOLA and DOES 1-20)**

236. In response to paragraph 236 of the Complaint, these answering defendants are not named in the Ninth Cause of Action. In further response to paragraph 236 of the

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

Complaint, these answering defendants re-allege and incorporate as if fully stated herein all paragraphs of this answer as if fully set forth herein.

237. In response to paragraph 237 of the Complaint, these answering defendants are not named in the Ninth Cause of Action. In further response to paragraph 237 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

238. In response to paragraph 238 of the Complaint, these answering defendants are not named in the Ninth Cause of Action. In further response to paragraph 238 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

239. In response to paragraph 239 of the Complaint, these answering defendants are not named in the Ninth Cause of Action. In further response to paragraph 239 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

240. In response to paragraph 240 of the Complaint, these answering defendants are not named in the Ninth Cause of Action. In further response to paragraph 240 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

241. In response to paragraph 241 of the Complaint, these answering defendants are not named in the Ninth Cause of Action. In further response to paragraph 241 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

242. In response to paragraph 242 of the Complaint, these answering defendants are not named in the Ninth Cause of Action. In further response to paragraph 242 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

243. In response to paragraph 243 of the Complaint, these answering defendants are not named in the Ninth Cause of Action. In further response to paragraph 243 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

244. In response to paragraph 244 of the Complaint, these answering defendants are not named in the Ninth Cause of Action. In further response to paragraph 244 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

26

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

245. In response to paragraph 245 of the Complaint, these answering defendants are not named in the Ninth Cause of Action. In further response to paragraph 245 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

246. In response to paragraph 246 of the Complaint, these answering defendants are not named in the Ninth Cause of Action. In further response to paragraph 246 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

247. In response to paragraph 247 of the Complaint, these answering defendants are not named in the Ninth Cause of Action. In further response to paragraph 247 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

248. In response to paragraph 248 of the Complaint, these answering defendants are not named in the Ninth Cause of Action. In further response to paragraph 248 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

249. In response to paragraph 249 of the Complaint, these answering defendants are not named in the Ninth Cause of Action. In further response to paragraph 249 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

250. In response to paragraph 250 of the Complaint, these answering defendants are not named in the Ninth Cause of Action. In further response to paragraph 250 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

251. In response to paragraph 251 of the Complaint, these answering defendants are not named in the Ninth Cause of Action. In further response to paragraph 251 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

252. In response to paragraph 252 of the Complaint, these answering defendants are not named in the Ninth Cause of Action. In further response to paragraph 252 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

//

//

THE MITCHELL LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

27

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

253. In response to paragraph 253 of the Complaint, these answering defendants are not named in the Ninth Cause of Action. In further response to paragraph 252 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

## TENTH CAUSE OF ACTION
**Violation of Fourteenth Amendment Right to Familial Association and Companionship (42 U.S.C. § 1983)**
**(By Plaintiffs ERIC MATILTON, JR., C.M., and K.M., individually, against Defendants HAWK and DOES 1-20)**

254. In response to paragraph 254 of the Complaint, these answering defendants re-allege and incorporate as if fully stated herein all paragraphs of this answer as if fully set forth herein.

255. In response to paragraph 255, these answering defendants lack sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically deny them.

256. In response to paragraph 256, these answering defendants deny the allegations set forth in this paragraph.

257. In response to paragraph 257, these answering defendants deny the allegations set forth in this paragraph.

258. In response to paragraph 258, these answering defendants deny the allegations set forth in this paragraph.

259. In response to paragraph 259, these answering defendants deny the allegations set forth in this paragraph.

260. In response to paragraph 260, these answering defendants deny the allegations set forth in this paragraph.

261. In response to paragraph 261, these answering defendants deny the allegations set forth in this paragraph.

//

THE MITCHELL LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

28

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

262. In response to paragraph 262, these answering defendants deny the allegations set forth in this paragraph.

263. In response to paragraph 263, these answering defendants deny the allegations set forth in this paragraph.

264. In response to paragraph 264, these answering defendants deny the allegations set forth in this paragraph.

265. In response to paragraph 265, these answering defendants deny the allegations set forth in this paragraph.

266. In response to paragraph 266, these answering defendants deny the allegations set forth in this paragraph.

267. In response to paragraph 267, these answering defendants deny the allegations set forth in this paragraph.

268. In response to paragraph 268, these answering defendants deny the allegations set forth in this paragraph.

269. In response to paragraph 269, these answering defendants deny the allegations set forth in this paragraph.

### <u>ELEVENTH CAUSE OF ACTION</u>
**Violation of Fourteenth Amendment Right to Familial Association and Companionship (42 U.S.C. § 1983)**
**(By Plaintiffs ERIC MATILTON, JR., C.M., and K.M., individually, against Defendants COUNTY OF HUMBOLDT and DOES 21-40)**

270. In response to paragraph 270 of the Complaint, these answering defendants re-allege and incorporate as if fully stated herein all paragraphs of this answer as if fully set forth herein.

271. In response to paragraph 271, these answering defendants lack sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically deny them.

272. In response to paragraph 272, these answering defendants deny the allegations set forth in this paragraph.

273. In response to paragraph 273, these answering defendants deny the allegations set forth in this paragraph.

274. In response to paragraph 274, these answering defendants deny the allegations set forth in this paragraph.

275. In response to paragraph 275, these answering defendants deny the allegations set forth in this paragraph.

276. In response to paragraph 276, these answering defendants deny the allegations set forth in this paragraph.

277. In response to paragraph 277 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

278. In response to paragraph 278 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

279. In response to paragraph 279, these answering defendants deny the allegations set forth in this paragraph.

280. In response to paragraph 280 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

281. In response to paragraph 281 of the Complaint, these answering defendants deny the allegations set forth in this paragraph.

282. In response to paragraph 282, these answering defendants deny the allegations set forth in this paragraph.

283. In response to paragraph 283, these answering defendants deny the allegations set forth in this paragraph.

284. In response to paragraph 284, these answering defendants deny the allegations set forth in this paragraph.

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

30

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

285. In response to paragraph 285, these answering defendants deny the allegations set forth in this paragraph.

286. In response to paragraph 286, these answering defendants deny the allegations set forth in this paragraph.

287. In response to paragraph 287, these answering defendants deny the allegations set forth in this paragraph.

288. In response to paragraph 288, these answering defendants deny the allegations set forth in this paragraph.

289. In response to paragraph 289, these answering defendants deny the allegations set forth in this paragraph.

290. In response to paragraph 290, these answering defendants deny the allegations set forth in this paragraph.

291. In response to paragraph 291, these answering defendants deny the allegations set forth in this paragraph.

292. In response to paragraph 292, these answering defendants deny the allegations set forth in this paragraph.

293. In response to paragraph 293, these answering defendants deny the allegations set forth in this paragraph.

### TWELFTH CAUSE OF ACTION
**Injunctive Relief**
**(By Plaintiffs against Defendants COUNTY OF HUMBOLDT and DOES 21-40)**

294. No response is required to paragraphs 294, 295, 296, 297, 298, and 299 as all claims for injunctive relief have been dismissed with prejudice pursuant to the Court's Order, Dkt. No. 37.

//

//

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

31

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

## REQUEST FOR RELIEF

The answering defendants deny plaintiffs requested relief set forth in paragraphs 300 through 307 and affirmatively request that judgment be entered in favor of the answering defendants as set forth more specifically below.

## AFFIRMATIVE DEFENSES

AS AND FOR A FIRST SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that the Complaint, and each cause of action therein, fails to state facts sufficient to constitute a cause of action;

AS AND FOR A SECOND SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that plaintiffs or plaintiffs' decedent were at fault in and about the matters referred to in the Complaint and plaintiffs or plaintiffs' decedent failed to exercise ordinary care, caution, or prudence for their/his own protection. The resulting injuries and damages, if any, plaintiffs sustained were proximately caused by plaintiffs' or plaintiffs' decedent's carelessness, negligence, or other fault, and plaintiffs' recovery, if any, must be reduced or eliminated accordingly;

AS AND FOR A THIRD SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that third persons or entities, other than the answering defendants, are responsible, in whole or in part, for plaintiffs' injuries and damages, if any, and therefore, the answering defendants' liability, if any, must be assessed in proportion to the liability of the other responsible parties, and that the answering defendant cannot be liable for more than his proportionate share of plaintiffs' non-economic damages, pursuant to California Civil Code section 1431.2 and related provisions;

AS AND FOR A FOURTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that plaintiffs have failed to //

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

take reasonable and adequate steps to mitigate their damages and plaintiffs' recovery must be reduced accordingly;

AS AND FOR A FIFTH SEPARATE AND AFFIRMATIVE DEFENSE, and by way of pleading comparative fault, these answering defendants allege that the plaintiffs or plaintiffs' decedent were careless and negligent concerning the matters set forth in the complaint, and the injuries and damages incurred by plaintiffs, if any, were caused, in whole or in part, by the plaintiffs' or plaintiffs' decedent's negligence;

AS AND FOR A SIXTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that plaintiffs or plaintiffs' decedent assumed the risk of injury, expressly or by operation of law, thereby barring any recovery of damages from these answering defendants;

AS AND FOR A SEVENTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that plaintiffs have waived any claims that they may have against the answering defendant by way of their known actions;

AS AND FOR AN EIGHTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that plaintiffs' claims are barred by the doctrine of unclean hands;

AS AND FOR A NINTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that plaintiffs have released any and all claims they may have against these answering defendants by way of an expressed or implied release of such claims;

AS AND FOR A TENTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that this Complaint, and each cause of action set forth therein, are barred by the doctrine of laches;

//

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

33

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

AS AND FOR AN ELEVENTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that they are entitled to indemnity, express and equitable, and/or contribution from other parties named herein, as well as parties not yet named, in accordance with the principles of indemnity and contribution;

AS AND FOR A TWELFTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that plaintiffs' expenses for past medical care and services have been paid by plaintiffs or by another independent source, and the maximum amount plaintiffs may recover for that care is the amount paid and accepted as payment in full by the medical care provider, despite the fact that it is less than the prevailing market rate or rates otherwise charged by the provider for that same care or those same services;

AS AND FOR A THIRTEENTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that plaintiffs are estopped from seeking any recovery from the answering defendant by reason of their own conduct or the conduct of plaintiffs' decedent;

AS AND FOR A FOURTEENTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that the answering defendants are entitled to absolute immunity and/or qualified immunity from liability based on their good faith in the propriety of their actions and the reasonable grounds for those beliefs, including the fact they did not violate any clearly established law;

AS AND FOR A FIFTEENTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that these answering defendants' acts were privileged under applicable statutes and case law;

//

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

AS AND FOR A SIXTEENTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that plaintiffs or plaintiffs' decedent were the sole and proximate cause of the happening of the incident and the resultant alleged injuries and damages to plaintiffs, if any there be;

AS AND FOR A SEVENTEENTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that pursuant to California Government Code section 985, any judgment entered herein may be reduced for collateral source payments paid or obligated to be paid for services or benefits that were provided prior to the commencement of trial;

AS AND FOR AN EIGHTEENTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that the Complaint is barred in that any actions by the answering defendants were the result of legitimate, justifiable exercise of police power which was exercised under the pressure of public necessity;

AS AND FOR A NINETEENTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that the Complaint, and each cause of action set forth therein, are barred because at all times relevant, defendants acted reasonably, and in good faith and without oppression, fraud, or malice based upon all relevant facts and circumstances noted by defendants at the time they acted;

AS AND FOR A TWENTIETH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that the Complaint, and each of the causes of action alleged therein, are barred by the statute of limitations applicable to actions brought under 42 U.S.C. § 1983 and state law, including, but not limited to, California Code of Civil Procedure sections 335.1 and 352.1;

//

THE MITCHELL LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

35

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

AS AND FOR A TWENTY-FIRST SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege that the acts alleged in the Complaint did not actually cause the injuries complained of by Plaintiffs. As such, defendants are not liable for the injuries complained of herein;

AS AND FOR A TWENTY-SECOND SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege that there is no proximate causation to link the injuries complained of by plaintiffs with any actions on the part of defendants, if any there may be, as alleged in the Complaint. As such, defendants are not liable for the injuries complained of;

AS AND FOR A TWENTY-THIRD SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that plaintiffs' Complaint, and each cause of action stated therein, are barred because defendants did not deprive plaintiffs of any constitutional rights, did not set in motion a series of acts by a subordinate or refuse to terminate a series of acts by a subordinate, did not enact policies, customs or practices, did not fail to train, and did not ratify any purported unconstitutional conduct;

AS AND FOR A TWENTY-FOURTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that plaintiffs' Complaint, and each cause of action or claim therein, is barred by the immunities set forth in California Government Code section 815;

AS AND FOR A TWENTY-FIFTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that plaintiffs' Complaint, and each cause of action or claim therein, is barred by the immunities set forth in California Government Code section 815.2(b) and related provisions;

AS AND FOR A TWENTY-SIXTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that plaintiffs'

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

36

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

Complaint, and each cause of action or claim therein, is barred by the immunities set forth in California Government Code section 815.6;

AS AND FOR A TWENTY-SEVENTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that plaintiffs' Complaint, and each cause of action or claim therein, is barred by the immunities set forth in California Government Code section 818.2;

AS AND FOR A TWENTY-EIGHTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that plaintiffs' Complaint, and each cause of action or claim therein, is barred by the immunities set forth in California Government Code section 818.8;

AS AND FOR A TWENTY-NINTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that plaintiffs' Complaint, and each cause of action or claim therein, is barred by the immunities set forth in California Government Code section 820.2 in conjunction with California Government Code section 815.2(b);

AS AND FOR A THIRTIETH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that plaintiffs' Complaint, and each cause of action or claim therein, is barred by the immunities set forth in California Government Code section 820.25 in conjunction with California Government Code section 815.2(b);

AS AND FOR A THIRTY-FIRST SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that plaintiffs' Complaint, and each cause of action or claim therein, is barred by the immunities set forth in California Government Code section 820.4 in conjunction with section 815.2(b);

AS AND FOR A THIRTY-SECOND SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that plaintiffs'

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

37

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

Complaint, and each cause of action or claim therein, is barred by the immunities set forth in California Government Code section 820.6 in conjunction with section 815.2(b);

AS AND FOR A THIRTY-THIRD SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that plaintiffs' Complaint, and each cause of action or claim therein, is barred by the immunities set forth in California Government Code section 820.8 in conjunction with California Government Code section 815.2(b);

AS AND FOR A THIRTY-FOURTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that plaintiffs' Complaint, and each cause of action or claim therein, is barred by the immunities set forth in California Government Code section 821 in conjunction with California Government Code section 815.2(b);

AS AND FOR A THIRTY-FIFTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that plaintiffs' Complaint, and each cause of action or claim therein, is barred by the immunities set forth in California Government Code section 822.2 in conjunction with California Government Code section 815.2(b);

AS AND FOR A THIRTY-SIXTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that plaintiffs' Complaint, and each cause of action or claim therein, is barred by the immunities set forth in California Government Code section 835;

AS AND FOR A THIRTY-SEVENTH AFFIRMATIVE DEFENSE, the answering defendants allege on information and belief that plaintiffs' Complaint, and each cause of action or claim therein, is barred by the immunities set forth in California Government Code section 844.6;

//

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

38

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

AS AND FOR A THIRTY-EIGHTH AFFIRMATIVE DEFENSE, the answering defendants allege on information and belief that plaintiffs' Complaint, and each cause of action or claim therein, is barred by the immunities set forth in California Government Code section 845;

AS AND FOR A THIRTY-NINTH AFFIRMATIVE DEFENSE, the answering defendants allege on information and belief that plaintiffs' Complaint, and each cause of action or claim therein, is barred by the immunities set forth in California Government Code section 845.2;

AS AND FOR A FORTIETH AFFIRMATIVE DEFENSE, the answering defendants allege on information and belief that plaintiffs' Complaint, and each cause of action or claim therein, is barred by the immunities set forth in California Government Code section 845.6;

AS AND FOR A FORTY-FIRST AFFIRMATIVE DEFENSE, the answering defendants allege on information and belief that plaintiffs' Complaint, and each cause of action or claim therein, is barred by the immunities set forth in California Government Code section 845.8;

AS AND FOR A FORTY-SECOND AFFIRMATIVE DEFENSE, answering defendants allege on information and belief that plaintiffs' Complaint, and each cause of action or claim therein, is barred by the immunities set forth in California Government Code section 846;

AS AND FOR A FORTY-THIRD AFFIRMATIVE DEFENSE, the answering defendants allege on information and belief that plaintiffs' Complaint, and each cause of action or claim therein, is barred by the immunities set forth in California Government Code section 855.6;

AS AND FOR A FORTY-FOURTH AFFIRMATIVE DEFENSE, the answering defendants allege on information and belief that plaintiffs' Complaint, and each cause of

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

39

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

action or claim therein, is barred by the immunities set forth in California Government Code section 855.8;

AS AND FOR A FORTY-FIFTH AFFIRMATIVE DEFENSE, the answering defendants allege on information and belief that plaintiffs' Complaint, and each cause of action or claim therein, is barred by the immunities set forth in California Government Code section 856;

AS AND FOR A FORTY-SIXTH AFFIRMATIVE DEFENSE, the answering defendants allege on information and belief that plaintiffs' Complaint, and each cause of action or claim therein, is barred by the immunities set forth in California Government Code section 856.4;

AS AND FOR A FORTY-SEVENTH AFFIRMATIVE DEFENSE, the answering defendants allege on information and belief that plaintiffs' Complaint, and each cause of action or claim therein, is barred by the immunities set forth in California Penal Code section 834;

AS AND FOR A FORTY-EIGHTH AFFIRMATIVE DEFENSE, the answering defendants allege on information and belief that plaintiffs' Complaint, and each cause of action or claim therein, is barred by the immunities set forth in California Penal Code section 834a;

AS AND FOR A FORTY-NINTH AFFIRMATIVE DEFENSE, the answering defendants allege on information and belief that plaintiffs' Complaint, and each cause of action or claim therein, is barred by the immunities set forth in California Penal Code section 835;

AS AND FOR A FIFTIETH AFFIRMATIVE DEFENSE, the answering defendants allege on information and belief that plaintiffs' Complaint, and each cause of action or claim therein, is barred by the immunities set forth in California Penal Code section 835a;

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

40

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

AS AND FOR A FIFTY-FIRST AFFIRMATIVE DEFENSE, the answering defendants allege on information and belief that plaintiffs' Complaint, and each cause of action or claim therein, is barred by the immunities set forth in California Penal Code section 836;

AS AND FOR A FIFTY-SECOND AFFIRMATIVE DEFENSE, the answering defendants allege on information and belief that plaintiffs' Complaint, and each cause of action or claim therein, is barred by the immunities set forth in California Penal Code section 836.5;

AS AND FOR A FIFTY-THIRD AFFIRMATIVE DEFENSE, the answering defendants allege on information and belief that plaintiffs' Complaint, and each cause of action or claim therein, is barred by the immunities set forth in California Penal Code section 840;

AS AND FOR A FIFTY-FOURTH AFFIRMATIVE DEFENSE, the answering defendants allege on information and belief that plaintiffs' Complaint, and each cause of action or claim therein, is barred by the immunities set forth in California Welfare and Institutions Code section 5278;

AS AND FOR A FIFTY-FIFTH AFFIRMATIVE DEFENSE, the answering defendants allege on information and belief that plaintiffs' Complaint, and each cause of action or claim therein, is barred by the immunities set forth in California Health and Safety Code section 1799.106;

AS AND FOR A FIFTY-SIXTH AFFIRMATIVE DEFENSE, the answering defendants allege on information and belief that plaintiffs' Complaint, and each cause of action or claim therein, is barred by the immunities set forth in California Health and Safety Code section 1799.107;

AS AND FOR A FIFTY-SEVENTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that plaintiffs'

Complaint, and each cause of action stated therein, are barred by the doctrine of issue preclusion or collateral estoppel;

AS AND FOR A FIFTY-EIGHTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that these answering defendants are entitled to qualified immunity from liability on the ground that any purported violation of any right was not clearly established;

AS AND FOR A FIFTY-NINTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that the conduct of plaintiffs, plaintiffs' decedent or third parties constituted intervening and superseding cause(s) for plaintiffs' claimed injuries and, as a result, defendants are not liable;

AS AND FOR A SIXTIETH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that no relief may be obtained under the Complaint, by virtue of the fact that any injury, damages or loss allegedly sustained by plaintiffs, if any, was a direct and proximate result of their decedents' own intentional conduct and actions;

AS AND FOR A SIXTY-FIRST SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that plaintiffs' damages, if any, are barred because plaintiffs' injuries and damages were unforeseeable;

AS AND FOR A SIXTY-SECOND SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief, to the extent any state claim is advanced by plaintiffs, it is made outside the time frame of six (6) months prior to the submission of an administrative claim, and plaintiff failed to comply with the applicable provisions of Government Code §§ 900, et seq., and 911 et seq., including, but not limited to, Government Code §§ 911.2, 945.4, 945.6 (a)(1) and (2), by failing to present a timely claim and/or failing to timely file an action after notice of rejection of a claim;

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

42

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

AS AND FOR A SIXTY-THIRD SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief plaintiffs have been denied no federally protected civil right without due process of law, since due process exists in the form of adequate remedies at law;

AS AND FOR A SIXTY-FOURTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief the answering defendants' acts were reasonable and/or did not constitute deliberate indifference which shocks the conscious within the meaning of the Fourteenth Amendment and cases which interpret it;

AS AND FOR A SIXTY-FIFTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that these answering defendants, their agents, servants, and representatives, did not engage in any policy or practice violative of the civil rights of the plaintiffs or plaintiffs' decedent;

AS AND FOR A SIXTY-SIXTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that plaintiffs' maintenance of this action is frivolous, vexatious, and unreasonable, thereby entitling the defendants to sanctions and appropriate remedies, including without limitation attorneys' fees, against plaintiff;

AS AND FOR A SIXTY-SEVENTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that plaintiffs lack standing to seek the relief sought in the Complaint.

AS AND FOR A SIXTY-EIGHTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that plaintiffs' Complaint is barred by the doctrine of avoidable consequences.

//

//

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

43
**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND
FOR JURY TRIAL 1:25-cv-01168-RMI**

AS AND FOR A SIXTY-NINTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that plaintiffs' Complaint does not rise to the level of a constitutional statutory violation.

AS AND FOR A SEVENTIETH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that defendants cannot be held vicariously liable for the acts of others under 42 U.S.C. §1983.

AS AND FOR A SEVENTY-FIRST SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that plaintiffs' claims, and each of them, are barred by the doctrines of express or implied consent.

AS AND FOR A SEVENTY-SECOND SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that there were intervening and/or superseding causes.

AS AND FOR A SEVENTY-THIRD SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that plaintiffs have been denied no federally protected civil right without due process of law, since due process exists in the form of adequate remedies at law.

AS AND FOR A SEVENTY-FOURTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that to the extent plaintiffs suffered any detriment, such was unavoidable.

AS AND FOR A SEVENTY-FIFTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that the answering defendants did not owe a duty of care to plaintiffs and did not have a special relationship to any person alleged in the Complaint so as to give rise to any duty running to any person.

AS AND FOR A SEVENTY-SIXTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that these

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

answering defendants had no duty to administer medical aid or assistance to plaintiffs or plaintiffs' decedent and, to the extent that any such duty existed, that the answering defendants acted reasonably and without gross negligence or deliberate indifference.

AS AND FOR A SEVENTY-SEVENTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that all actions taken during the incident complained of were taken in response to an emergency situation.

AS AND FOR A SEVENTY-EIGHTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that the answering defendants did not act with malicious intent to deprive any person of a constitutional right or to cause injury, and therefore are not liable.

AS AND FOR A SEVENTY-NINTH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that the answering defendants' conduct occurred in the proper exercise of the officer's job duties and police powers without malice or intent to deprive any person of any right arising under the Constitution or laws of the United States or State of California, or to do any person any other injury.

AS AND FOR AN EIGHTIETH SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that these answering defendants will be entitled to reasonable attorneys' fees and costs of suit upon prevailing within the meaning of 42 U.S.C. § 1988.

AS AND FOR AN EIGHTY-FIRST SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that each defendant acted independently and not in association or concert with or as agent or servant of any other defendant, including any sued herein under fictitious names, or of the employees or agents of other defendants.

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

45

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

AS AND FOR AN EIGHTY-SECOND SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that answering defendants were at all times acting within the course and scope of duty of public employment.

AS AND FOR AN EIGHTY-THIRD SEPARATE AND AFFIRMATIVE DEFENSE, the answering defendants assert on information and belief that they may elect to introduce evidence of any amounts paid or payable, if any, as a benefit to Plaintiff pursuant to California Civil Code section 3333.1.

AS AND FOR AN EIGHTY-FOURTH SEPARATE AND AFFIRMATIVE DEFENSE, the answering defendants assert on information and belief that plaintiffs' claims for damages are subject to California Civil Code section 3333.2.

AS AND FOR AN EIGHTY-FIFTH SEPARATE AND AFFIRMATIVE DEFENSE the answering defendants assert on information and belief that neither a public entity nor a public employee is liable for his or her act or omission, exercising due care, in the execution or enforcement of any law.

AS AND FOR AN EIGHTY-SIXTH SEPARATE AND AFFIRMATIVE DEFENSE, the answering defendants assert on information and belief that neither a public entity nor a public employee is liable for any injury resulting from his act or omission where the act or omission was the result of the exercise of the discretion vested in him or her.

AS AND FOR AN EIGHTY-SEVENTH SEPARATE AND AFFIRMATIVE DEFENSE, the answering defendants assert on information and belief plaintiffs' claims and damages are governed by the Medical Injury Compensation Reform Act of 1975 ("MICRA"), including but not limited to the cap on damages for non-economic losses as specified by California Civil Code section 3333.2 and all other MICRA provisions regarding claims against Defendants or other persons covered by MICRA.

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

AS AND FOR AN EIGHTY-EIGHTH SEPARATE AND AFFIRMATIVE DEFENSE, the answering defendants assert on information and belief that the Complaint and all claims for relief therein should be dismissed on the ground that Plaintiff may have failed to join necessary and indispensable parties.

AS AND FOR AN EIGHTY-NINTH SEPARATE AND AFFIRMATIVE DEFENSE, the answering defendants assert on information and belief that Plaintiffs' claims, and each of them, as set forth in the Complaint, are barred because plaintiffs have failed to state any claim upon which relief can be granted in that negligence in diagnosing or treating a medical condition, or otherwise, does not state a valid claim for a federal civil rights violation. *Parratt v. Taylor*, 451 U.S. 527 (1981).

AS AND FOR A NINETIETH SEPARATE AND AFFIRMATIVE DEFENSE, the answering defendants assert on information and belief that the answering defendants are not liable to plaintiffs, in whole or in part, because the losses or harm that the Plaintiff has allegedly suffered was not caused by any act or omission of answering defendants.

AS AND FOR A NINETY-FIRST SEPARATE AND AFFIRMATIVE DEFENSE, the answering defendants assert on information and belief that plaintiffs failed to give notice to the answering defendants in connection with the filing of certain of the claims that require notice.

AS AND FOR A NINETY-SECOND SEPARATE AND AFFIRMATIVE DEFENSE, the answering defendants assert on information and belief that the Complaint fails to state a cause of action for violation of 42 U.S.C. § 1983 under *Monell v. Dept. of Social Services*, 436 U.S. 658 (1978). There can be no recovery for a federal civil rights violation when there is no constitutional deprivation occurring pursuant to governmental custom or policy. *Id.*

//

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

47

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

AS AND FOR A NINETY-THIRD SEPARATE AND AFFIRMATIVE DEFENSE, the answering defendants assert on information and belief that plaintiffs do not state a claim for deliberate indifference to a serious medical or mental health need because a difference in opinion as to the need to pursue one course of treatment over another is insufficient as a matter of law to establish deliberate indifference, and plaintiffs cannot show that the course of treatment chosen was medically unacceptable under the circumstances. *Jackson v. McIntosh*, 90 F.3d 330 (9th Cir. 1996); *Sanchez v. Vild*, 891 F.2d 240, 242 (9th Cir. 1989).

AS AND FOR A NINETY-FOURTH SEPARATE AND AFFIRMATIVE DEFENSE, the answering defendants assert on information and belief that all claims set forth in the complaint and all causes of action set forth therein should be dismissed because they cannot demonstrate decedent had an immediate need for medical care.

AS AND FOR A NINETY-FIFTH SEPARATE AND AFFIRMATIVE DEFENSE, the answering defendants assert on information and belief that all claims set forth in the complaint and all causes of action set forth therein should be dismissed because they cannot demonstrate decedent was a dependent adult nor that these answering defendants had a substantial caretaking or custodial relationship with decedent.

These answering defendants cannot fully anticipate all affirmative defenses that may be applicable to this action based on the conclusory allegations contained in the Complaint. Accordingly, these answering defendants reserve the right to assert additional defenses if and to the extent such affirmative defenses become applicable.

### PRAYER FOR RELIEF

WHEREFORE, these answering defendants request that plaintiffs take nothing by way of their Complaint herein, that these answering defendants have judgment against plaintiffs, and further requests costs incurred, reasonable attorneys' fees pursuant

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**

to California Code of Civil Procedure sections 1021.7, 1038, 128.5 and 128.7, on the ground that the purported state claims are brought without good faith belief that the facts are applicable laws that support recovery and under Rule 11 and on the ground that the action is brought without good faith belief that the facts or applicable law support recovery; and for such further relief as the Court deems proper.

DATED: _____, 2026         THE MITCHELL LAW FIRM, LLP

By:  _/ s / Nicholas R. Kloeppel_____
        NICHOLAS R. KLOEPPEL
        Attorneys for Defendants
        COUNTY OF HUMBOLDT and
        KELSEY HAWK

### DEMAND FOR JURY TRIAL

These answering defendants demand a trial by jury on all issues triable to a jury.

DATED: _____, 2026         THE MITCHELL LAW FIRM, LLP

By:  _/ s / Nicholas R. Kloeppel_____
        NICHOLAS R. KLOEPPEL
        Attorneys for Defendants
        COUNTY OF HUMBOLDT and
        KELSEY HAWK

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

49

**FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL 1:25-cv-01168-RMI**