Nicholas R. Kloeppel, CSB #186165
Karen J. Roebuck, CSB #160915
Ross R. Scarberry, CSB #224773
THE MITCHELL LAW FIRM, LLP
Attorneys at Law
426 First Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586
Email: nkloeppel@mitchelllawfirm.com

Attorneys for Defendants and Third-Party Plaintiffs
COUNTY OF HUMBOLDT and KELSEY HAWK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MATILTON, JR., individually and as successor in interest to ERIC MATILTON, SR. deceased; C.M. a minor by and through his guardian ad litem Carrie Ames; and K.M., a minor, by and through his guardian ad litem, Carrie Ames<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF HUMBOLDT, CHRISTIAN AGRICOLA, KELSEY HAWK; and DOES 1 through 40 inclusive,<br><br>Defendants.<br>———<br>COUNTY OF HUMBOLDT, KELSEY HAWK<br><br>Third-party Plaintiffs<br><br>vs.<br><br>COTY SCHNEIDER, DANIEL GONGORA and NIGHTINGALE NURSES, LLC, AND ROES 1 through 50 inclusive,<br><br>Third-party Defendants | Case No.: 1:25-cv-01168-RMI<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER AND [~~PROPOSED~~] ORDER THEREON** |

**STIPULATION TO MODIFY SCHEDULING ORDER**

Defendants COUNTY OF HUMBOLDT and KELSEY HAWK, Defendant CHRISTIAN AGRICOLA, Plaintiffs ERIC MATILTON, JR., C.M. and K.M., and Third-Party Defendants NIGHTINGALE NURSES, LLC, COTY SCHNEIDER, and DANIEL GONGORA (collectively "the parties"), through counsel, hereby submit this stipulation to modify the scheduling order.

WHEREAS, on April 17, 2026, the Clerk of the Court emailed counsel for the parties in the case as of that date to inform them the Judge had instructed her to modify the stipulation and proposed order to grant the parties' request to vacate pretrial dates and the trial date, and future dates would be discussed with the parties at the case management conference scheduled for June;

WHEREAS, the Court issued an Order on April 20, 2026, vacating the current trial and final pretrial dates until an upcoming Case Management Conference (Dkt. No. 50);

WHEREAS, the parties to the underlying operative complaint understood that all pretrial dates were vacated because the pleadings were not settled (i.e., the Third-party Complaint) and the Third-party Defendants had yet to answer the Third-party Complaint;

WHEREAS, without knowing what claims will be maintained against the Third-party Defendants and the Third-party Defendant's answer thereto, the parties have yet to be able to commence with meaningful discovery in this case.

WHEREAS, it is the understanding and agreement of each of the parties that the Scheduling Order (Dkt. No. 43) has been vacated, the parties submit this stipulation and proposed order to confirm that the Scheduling Order all pretrial dates are vacated pending a further Case Management Conference, at which time, the court will issue a new scheduling order setting for all pretrial and trial dates.

THE MITCHELL LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

**IT IS STIPULATED**, by counsel for the Defendants COUNTY OF HUMBOLDT and KELSEY HAWK, Defendant CHRISTIAN AGRICOLA, Plaintiffs ERIC MATILTON, JR., C.M. and K.M., and Third-Party Defendants NIGHTINGALE NURSES, LLC, COTY SCHNEIDER, and DANIEL GONGORA that the Scheduling Order (Dkt. No. 43) and all pretrial and trial dates are vacated.

**IT IS SO STIPULATED AND AGREED**

Dated: November 6, 2026

THE MITCHELL LAW FIRM, LLP

*/s/ Nicholas R. Kloeppel*

NICHOLAS R. KLOEPPEL
Attorneys for Defendants
COUNTY OF HUMBOLDT and
KELSEY HAWK

Dated: November 6, 2026

J SUPPLE LAW, A Professional Corporation

*/s/ Aaron T. Schultz*

AARON T. SCHULTZ
Attorneys for Defendant
CHRISTIAN AGRICOLA

Dated: November 6, 2026

LAW OFFICE OF BENJAMIN MAINZER, A.P.C.

*/s/ Benjamin Mainzer*

BENJAMIN MAINZER
Attorneys for Plaintiffs ERIC MATILTON, JR., C.M., a minor by and through his guardian ad litem Carrie Ames; and K.M., a minor, by and through his guardian ad litem, Carrie Ames

//

//

Dated: November 6, 2026 TYSON & MENDES LLP

*/s/ Matthew G. Tang*
WILLIAM NOEL EDLIN
MATTHEW G. TANG
Attorneys for Third-Party Defendants, NIGHTINGALE NUSRES, LLC; DANIEL GONGORA and COTY ATCHISON

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that I have obtained the concurrence in the filing of this document from all of the signatories for whom a signature is indicated by a "/s/" signature within this e-filed document and I have on file confirmation of this concurrence for subjection production for the court if so ordered.

Dated: November 6, 2026 THE MITCHELL LAW FIRM, LLP

By: */s/ Nicholas R. Kloeppel*
NICHOLAS R. KLOEPPEL
Attorneys for Defendants COUNTY OF HUMBOLDT and KELSEY HAWK

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 9, 2026

HONORABLE ROBERT ILLMAN
United States Magistrate Judge